TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

April 13, 2021

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

*[handwritten: 4/15/2021
Permission is granted to file
a supplement
So ordered
Paul A. Crotty]*

Re:   United States v. Ronald Johnson
      18 Cr. 907 (PAC)

Dear Judge Crotty:

       I represented defendant Ronald Johnson ("Johnson") before this Court through his sentencing hearing and related matters.   On March 16, 2021, Johnson's wife filed a letter with the Court (Docket Entry 54) which seems to be an application for compassionate release.   By this letter, I respectfully request permission to file a brief supplement to this motion.   Should the Court grant this application, the supplement will be filed within ten days of the filing of the Order permitting the submission.

       Thank you for Your Honor's consideration of this request.

                                    Very truly yours,

                                    *Sanford Talkin*
                                    Sanford Talkin

cc:    AUSA Peter Davis (by ECF)