**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

November 2, 2022

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

*[Handwritten note: 11-9-22 — The application for early termination of supervised release is granted, effective immediately. So ordered. Paul Crotty, USDJ]*

Re:   United States v. Ronald Johnson
      18 Cr. 907 (PAC)

Dear Judge Crotty:

      This letter is respectfully submitted by defendant Ronald Johnson ("Johnson") as a Motion for Early Termination of Supervised Release. He completed over half of his term of supervised release. United States Probation ("Probation") by United States Probation Officer Vincent Danielo from the supervising district, the Eastern District of New York, does not object to this application.

      At his sentencing hearing, the Court sentenced Johnson to 40 months of imprisonment to be followed by two years of supervised release upon his plea of guilty to one count of firearms trafficking in violation of 18 U.S.C. § 922(a)(1)(A). P.O. Danielo has informed me that since defendant's release on October 13, 2021, Johnson has been fully compliant all conditions and has met all the goals of his supervision. Additionally, Johnson's conduct during supervision has resulted in him being placed in the Low Intensity Unit; the lowest level of supervision by Probation.

      Johnson has sought and maintained gainful employment since his release. First, he worked at BJ's Warehouse in the overnight stock crew and he is now a driver for Federal Express. After great efforts, Johnson was recently offered a job as a bus operator for the Metropolitan Transit Authority "MTA"). He passed all his physical examinations and clearances necessary for the job. However, the MTA informed Johnson that he could accept the position while he is on any type of criminal justice supervision. Early release from supervised release will

Hon. Paul A. Crotty
Page 2

enable him to accept the position at the MTA immediately and to embark on a career that will provide him, and his family, with financial security, stability, and a pension.

       For this reason and based on the above described spotless compliance with supervision, and importantly without objection from Probation, Johnson respectfully requests that the Court terminate his supervised release. Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:    AUSA Peter Davis (by ECF)
        USPO Vincent Danielo (by email)